JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 20-193 PA (KKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FOOD 4 LESS OF CALIFORNIA, INC., et al., | |
| Defendants. | |

Pursuant to the Court's March 31, 2020 Order declining to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim, and the Court's November 12, 2020 Order granting Defendant's motion for summary judgment and dismissing Plaintiff's Americans with Disabilities Act claim as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed.  Plaintiff shall take nothing.

IT IS SO ORDERED.

DATED: November 14, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE